UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH ABRAMOWITZ,

    Plaintiff,

v.                            Case No. 8:11-cv-2658-T-33TBM

OUTBACK STEAKHOUSE, INC.,

    Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to the parties' Joint Motion to Substitute the Correct Defendant (Doc. # 13), which was filed on March 12, 2012.

In the motion, the parties jointly request to substitute Outback Steakhouse, Inc. as the defendant in this action with the proper party in interest, OS Restaurant Services, Inc., n/k/a OS Restaurant Services, LLC, which was Plaintiff's former employer. OS Restaurant Services, Inc., n/k/a OS Restaurant Services, LLC has agreed to waive any claim of improper service and to adopt all pleadings submitted by Outback Steakhouse, Inc. in this case. Based on the parties' agreement and finding good cause for the relief requested therein, the Court grants the motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

The parties' Joint Motion to Substitute the Correct

Defendant (Doc. # 13) is **GRANTED**. OS Restaurant Services, Inc., n/k/a OS Restaurant Services, LLC is hereby substituted as party defendant for Outback Steakhouse, Inc. in this action.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>14th</u> day of March, 2012.

<u>    /s/ Virginia M. Hernandez Covington    </u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record