UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH ABRAMOWITZ,

    Plaintiff,

v.                             Case No. 8:11-cv-2658-T-33TBM

OS RESTAURANT SERVICES, INC.,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court sua sponte. On March 21, 2012, this Court entered an Order referring this case to mediation and directing Defendant's counsel, within twenty days thereof, to report to the Court the parties' selected mediator as well as the date, time, and location of the mediation conference. (Doc. # 17). The Court established November 16, 2012, as the deadline for conducting the mediation conference. (Id. at 2). The Order also stated that "if the parties fail to select a mediator or do not notify the Court of such selection in a timely fashion, the Court will sua sponte and without further notice select an individual to serve as mediator and issue the appointment." (Id.).

    Defendant failed to timely notify the Court of the parties' selected mediator and the date, time, and location of the mediation conference. Rather than selecting a mediator for the parties, the Court will give the parties until and

including May 11, 2012, to select a certified mediator that is acceptable to both sides. However, absent a notice of mediation filed by May 11, 2012, the Court will select a mediator for the parties.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant shall, by May 11, 2012, advise the Court of the parties' selected certified mediator as well as the date, time, and location of the mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of April, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties of Record